FILED
APR 15 2009

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**FRANKLIN D. BAXTER,**
        Plaintiff,

v.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security,
        Defendant.

CV. 06-1728-KI

ORDER AWARDING EAJA
ATTORNEY FEES AND COSTS

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $8,601.13, pursuant to 28 U.S.C. § 2412, and costs in the amount of $805.00, pursuant to 28 U.S.C. § 1920 shall be awarded to Plaintiff.

DATED this 15 day of April, 2009.

_____
United States District Judge

PRESENTED BY:
s/ Max Rae
MAX RAE, OSB#81344
(503) 363-5424
Attorney for Plaintiff, Franklin D. Baxter

Page 1.   ORDER AWARDING EAJA ATTORNEY FEES AND COSTS
            BAXTER v. ASTRUE, CV. 06-1728-KI